# SEALED
### BY ORDER OF THE COURT



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
**Feb 06, 2020**
SUE BEITIA, CLERK

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

CRAIG S. NOLAN
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: 541-2850
Facsimile: 541-2958
E-mail: Craig.Nolan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAG. NO. 20-00135-RT |
| Plaintiff, | CRIMINAL COMPLAINT |
| v. | |
| HAOMING DENG, aka "Yang Yu," and SIFENG ZHENG, | |
| Defendants. | |

### CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

## Count 1
## Access Device Fraud
## (18 U.S.C. §§ 1029(a)(2) and 1029(c)(1)(A)(i))

On or about January 26, 2019, within the District of Hawaii, HAOMING DENG, aka "Yang Yu," the defendant, knowingly and with intent to defraud, used an unauthorized access device, to wit, a counterfeit credit card with account number of another person, and by such conduct obtained more than $1,000.00 in merchandise from commercial retail stores, said use affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 1029(a)(2) and 1029(c)(1)(A)(i).

## Count 2
## Aggravated Identity Theft
## (18 U.S.C. § 1028A(a)(1))

On or about January 26, 2019, within the District of Hawaii, HAOMING DENG, aka "Yang Yu," the defendant, knowingly used, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, 18 U.S.C. §§ 1029(a)(2) and 1029(c)(1)(A)(i), knowing that the means of identification belonged to another actual person.

All in violation of Title 18, United States Code, Section 1028A(a)(1).

## Count 3
### Access Device Fraud
(18 U.S.C. §§ 1029(a)(2) and 1029(c)(1)(A)(i))

On or about January 27, 2019, within the District of Hawaii, SIFENG ZHENG, the defendant, knowingly and with intent to defraud, used an unauthorized access device, to wit, a counterfeit credit card with account number of another person, and by such conduct obtained more than $1,000.00 in merchandise from commercial retail stores, said use affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 1029(a)(2) and 1029(c)(1)(A)(i).

## Count 4
### Aggravated Identity Theft
(18 U.S.C. § 1028A(a)(1))

On or about January 27, 2019, within the District of Hawaii, SIFENG ZHENG, the defendant, knowingly used, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, 18 U.S.C. §§ 1029(a)(2) and 1029(c)(1)(A)(i), knowing that the means of identification belonged to another actual person.

All in violation of Title 18, United States Code, Section 1028A(a)(1).

I further state that I am a Special Agent with the United States Secret Service. This Complaint is based on the following Affidavit, which is attached hereto and incorporated herein.

Dated on this 5 day of February, 2020, at Hanover, Maryland.

Karl von Allmen
Special Agent
United States Secret Service

This Criminal Complaint and Affidavit in support thereof were presented to, approved by, and probable cause to believe that the defendants above-named committed the charged crimes found to exist by the undersigned Judicial Officer at 11:05 a.m. on February 6, 2020.

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to Federal Rule of Criminal Procedure 4.1(b)(2), on this 6th day of February 2020, at Honolulu, Hawaii.

Rom A. Trader
United States Magistrate Judge

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Karl von Allmen, after being first duly sworn on oath, deposes and states:

1. I am a Special Agent ("SA") with the United States Secret Service ("USSS") assigned to the Honolulu Field Office in the District of Hawaii. I have served in this capacity since March 2018. Previously, I served as a Virginia State Trooper for three years, conducting investigations and making arrests. I am familiar with the facts set forth in this Affidavit, which are based on my personal knowledge, as well as information provided to me by other law enforcement personnel and/or witnesses. This Affidavit contains only the information necessary to support probable cause. It is not intended to include each and every relevant fact observed or known to the government.

2. On January 28, 2019, Honolulu Police Department ("HPD") Lieutenant William Beckley reported to the USSS suspected counterfeit credit card transactions at several high-end retail stores in the Waikiki/Honolulu area. Lieutenant Beckley advised USSS that retailer Tory Burch reported an Asian male who had used a counterfeit credit card to fraudulently purchase a handbag for $1,022.14 on January 26, 2019. After the male, who signed the transaction document as "Yang Yu," departed the store, Tory Burch associates discovered via its loss prevention program that the purchase was made using a First Hawaiian Bank ("FHB") credit card number belonging to another actual person.

3. In response to this report, HPD and I began an investigation into "Yang Yu" and other possible fraudulent credit card purchase attempts in the Waikiki/Honolulu area. With the assistance of Arthur Suehiro, FHB Assistant Vice President, HPD and I began linking fraudulent credit card purchases depicted on surveillance video from affected stores during January 26-27, 2019 to "Yang Yu." Suehiro advised us that the conduct of "Yang Yu" was consistent with previous activity in the area in which a subject made several purchases at high-end retail stores for a few days and then discontinued purchases.

4. On January 30, 2019, I went to Tory Burch in Waikiki to review surveillance video of "Yang Yu" and transaction records. The store's recording and records depict "Yang Yu" entering the store and attempting to make several purchases. "Yang Yu" was wearing a black shirt with a yellow/gold logo and grey sweatpants. "Yang Yu" used a credit card to purchase two handbags for

5

$1,022.14 at 1714 hours, signing the receipt as "Yang Yu." After the purchase was complete, "Yang Yu" attempted to purchase two additional handbags for $959.31. "Yang Yu" swiped a card via a mobile point of sale system. When the transaction was declined, "Yang Yu" swiped a different credit card, and the transaction was processed.

5. Suehiro provided USSS with transaction processing information from FHB records matching the timestamps and amounts for "Yang Yu's" completed and attempted purchases at Tory Burch. According to Suehiro, the cards used by "Yang Yu" at Tory Burch bore credit card numbers belonging to three different individuals, each of whom reported the transactions as fraudulent to their respective credit card issuers.

6. Among the FHB credit card transactions suspected as fraudulent were two $50.00 transactions declined within one minute of each other on the afternoon of January 27, 2019 for the Sheraton parking garage in Waikiki. USSS SA Trenson Akana and HPD Officer Blake Davidson obtained video surveillance recordings from the parking garage. The recordings depict the man who used the name "Yang Yu" at Tory Burch making multiple attempts to pay the parking fee at a machine near the elevator bank followed several minutes later by the departure from the garage of a vehicle with Hawaii license plate number TCZ117. Two persons were riding in the vehicle.

7. A check of the license plate revealed that the vehicle belonged to Advantage Rent A Car. Advantage confirmed ownership of the vehicle shown in the surveillance video and informed USSS that the vehicle was rented on January 26, 2019 to a person named SIFENG ZHENG at HNL. The car rental reservation record contained details of the renter's license and address.

8. SA Akana and Officer Davidson contacted Hawaiian Airlines, and learned that on January 26, 2019, SIEFNG flew from LAX to HNL on Hawaiian Airlines flight no. HA1 and returned to LAX on January 27, 2019 on Hawaiian Airlines flight no. HA4. Hawaiian Airlines also informed the agents that a second individual by the name of HAOMING DENG flew the same roundtrip on the same reservation as ZHENG. An USSS search of the ARC flight reservation commercial database confirmed that reservations existed for the travel reported by Hawaiian Airlines, and that a single credit card was used to pay for the roundtrip flights for the two men.

9. Based on the records from Advantage Rent A Car and the information from Hawaiian Airlines, USSS obtained California driver's license data for ZHENG and DENG. The photograph associated with the driver's license of DENG depicts the same man who used the name "Yang Yu" at Tory Burch on January 26, 2019 and who attempted to pay the parking fee at the Sheraton garage on January 27, 2019.

10. On February 13 2019, I went to Dolce & Gabbana in Waikiki's Ala Moana Center to investigate a report of similar activity. The store provided me with surveillance video and copies of receipts from purchases on January 27, 2019 that the store discovered to be fraudulent. The video recording depicts DENG wearing the same clothing as the day before in the Tory Burch video recording. He was carrying a Sephora bag. On the Dolce and Gabbana video, DENG was accompanied by an Asian male, whom I recognized as ZHENG based on his driver's license photograph. DENG and ZHENG approached the cashier desk together, where ZHENG purchased two t-shirts for $1,172.93 at 1704 hours. DENG and ZHENG engaged in conversation while the transaction was being processed. ZHENG and DENG left the store together.

11. As the investigation continued, I identified ZHENG and DENG making fraudulent credit card purchases in surveillance footage from multiple additional high-end stores in the Waikiki/Honolulu area based on store and FHB records. The purchases began on January 26, 2019 and ended on January 27, 2019. Retail stores with footage of ZHENG and DENG fraudulently using counterfeit credit cards to make purchases include Tory Burch, Dolce & Gabbana, Louis Vuitton, Sephora, Tiffany & Co., Hermes, Balenciaga, Prada, and Michael Kors (in addition to the Sheraton parking garage).

12. Based on the surveillance videos and the information and documents obtained from the foregoing stores and FHB, I calculate that during January 26-27, 2019, ZHENG and DENG collectively made fraudulent credit card purchases of $11,679.00, and attempted another $33,552.70 in fraudulent credit card transactions that were declined.

13. According to Suehiro, each of the credit card numbers on the counterfeit credit cards used by ZHENG and DENG to make the purchases described above was a unique number belonging to an actual person other than ZHENG and DENG and associated with an actual credit card account. I

know from my training and experience that credit card fraud is often perpetrated through the use of actual credit card numbers illegally obtained.

14. As part of my investigation, I consulted with Homeland Security Investigations ("HSI") SA Carolyn Callahan regarding similar fraudulent credit card purchases during December 15-16, 2017 by an Asian male using the name "Yi Li." After viewing surveillance photos from the HSI investigation, I identified "Yi Li" as HAOMING DENG, aka "Yang Yu," from my investigation. According to SA Callahan, the December 2017 scheme involved fraudulent credit card purchases from several high-end retail stores in the Waikiki/Honolulu area in the amount of $32,335.36. Fraudulent transactions attempted by DENG but declined totaled $22,376.53. ARC records obtained by USSS document a flight reservation for DENG from LAX to HNL on December 15, 2017 with a return to LAX on December 16, 2017.

15. A criminal history check on DENG revealed that he was arrested by the Highland Park Police ("HPP") in the Dallas, TX area on September 13, 2018. According to an HPP police report, DENG used a counterfeit credit card to fraudulently purchase a $7,100 handbag from Hermes. DENG was accompanied by a female who initially attempted to purchase the handbag with three different cards before DENG used another card to complete the purchase. The victim whose card was used to purchase the bag alerted Hermes, which in turn contacted HPP. HPP located DENG and the female accomplice in the Chanel store at the same shopping center as Hermes. An HPP search of DENG's rental vehicle revealed several counterfeit credit cards and the $7,100 Hermes bag. The HPP mug shots depict the DENG from my investigation. ARC records obtained by USSS document a flight reservation for DENG from LAX to Dallas-Fort Worth International Airport on September 13, 2018 with a return to LAX on September 14, 2018.

16. According to ARC airline records obtained during my investigation, DENG and ZHENG travel frequently from Los Angeles, CA to other major United States cities for stays of just a few days. Based on my training and experience, I recognize this pattern to be consistent with an ongoing fraudulent credit card scheme. ZHENG and DENG were born in China and ARC airline records show that ZHENG travelled to China during 2017 and 2018. These facts suggest that the two men pose a risk of non-appearance in this District if released after arrest.

17. Based on the foregoing, I believe that probable cause exists to conclude that DENG and ZHENG committed the offenses of Access Device Fraud, in violation of 18 U.S.C. §§ 1029(a)(2) and 1029(c)(1)(A)(i), and Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A(a)(1).

Dated on this __5__ day of February, 2020, at Hanover, Maryland.

_____
Karl von Allmen
Special Agent
United States Secret Service

This Criminal Complaint and Affidavit in support thereof were presented to, approved by, and probable cause to believe that the defendant above-named committed the charged crime found to exist by the undersigned Judicial Officer at __11:05__ a.m. on February __6__, 2020.

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to Federal Rule of Criminal Procedure 4.1(b)(2), on this __6th__ day of February 2020, at Honolulu, Hawaii.

_____
Rom A. Trader
United States Magistrate Judge

9